IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| RALPH W. SIMPSON, | Civil No. 3:09-CV-5357-BHS-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, with no opposition from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 3, 2009, to file Defendant's responsive brief;
- Plaintiff shall have up to and including December 17, 2009, to file an optional reply brief; and
- Oral argument shall be requested by December 24, 2009.

DATED this 28th day of October, 2009.

_____

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:09-CV-5357-BHS-JRC]