UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RALPH W. SIMPSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

Case No. C09-5357BHS

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 16) and Plaintiff's Objections to the Report and Recommendation (Dkt. 17).

    On June 16, 2009, Plaintiff Ralph W. Simpson filed a complaint seeking judicial review of an Administrative Law Judge's ("ALJ") denial of Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income benefits. Dkt. 1. On February 2, 2010, Judge Creatura issued a Report and Recommendation and recommended that the Court should affirm the ALJ's decision. Dkt. 16. On February 16, 2010, Plaintiff filed objections to the Report and Recommendation. Dkt. 17.

    Plaintiff argues that Judge Creatura did not address Plaintiff's arguments regarding the ALJ's rejection of Dr. Jordan Firestorm's medical opinion that "sitting, standing, and walking should alternate through a workday." *Id*. at 1-3. The error, however, lies in Plaintiff's mischaracterization of Dr. Firestorm's evaluation of Plaintiff. The ALJ gave "significant weight" to the opinion of Dr. Firestorm. Dkt. 8, at 15 (Administrative Record).

ORDER – 1

Moreover, Judge Creatura addressed the ALJ's assessment of Dr. Firestrom's opinion. Dkt. 16 at 5. Therefore, Plaintiff's objection that "significant probative evidence" was ignored, is overruled.

The Court having considered the Report and Recommendation, Plaintiff's objections, and the remaining record, does hereby find and order:

(1) The Court **OVERRULES** Plaintiff's Objection;

(2) The Court **ADOPTS** the Report and Recommendation; and

(3) The administrative decision denying Plaintiff's application for benefits is **AFFIRMED**.

DATED this 3rd day of March, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2