# United States District Court

WESTERN DISTRICT OF WASHINGTON

RALPH W. SIMPSON

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5357BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **OVERRULES** Plaintiff's Objections;

The Court **ADOPTS** the Report and Recommendation; and

The administrative decision denying Plaintiff's application for benefits is **AFFIRMED.**


March 3, 2010                                                        BRUCE RIFKIN
DATE                                                                                       Clerk

                                                                                                       *s/CM Gonzalez*
                                                                                               Deputy Clerk